IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| APPLIED US ENERGY, INC DBA ) <br> KNOX OIL FIELD SUPPLY ) <br> ) <br> v.                                     ) <br> ) <br> HARVEY HALE AND CP&S, INC. ) <br> DBA COWBOY PUMP & SUPPLY ) | Civil Action No. 6:23-CV-00036-C |

ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE COURT:

Now comes Harper Estes, Attorney at Law and Mediator, and hereby notifies the Court that a mediation was held on August 14, 2024; that Plaintiff Applied US Energy, Inc dba Knox Oil Field Supply appeared with authorized representatives and by and through their attorneys Matt Raley and Kendall Viator; and that Defendants Harvey Hale and CP&S, Inc. dba Cowboy Pump & Supply appeared by and through their attorney, Jon Mark Hogg.

The parties reached a settlement in this matter.

                        Respectfully submitted,

                        **LYNCH, CHAPPELL & ALSUP**
                        A Professional Corporation
                        300 North Marienfeld, Suite 700
                        Midland, Texas   79701
                        (432) 683-3351
                        (432) 683-2587   FAX

By:   */s/ Harper Estes*
       Harper Estes
       State Bar No. 00000083
       hestes@lcalawfirm.com
       ATTORNEY & MEDIATOR

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2024, I electronically filed this Advisory to the Court with the Clerk of Court using the CM/ECF system.

I hereby certify that I have sent a copy of the Advisory to the Court to the following via e-mail:

Matt Raley
Kendall Viator
Jon Mark Hogg

                        */s/ Harper Estes*
                        Harper Estes