IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| APPLIED US ENERGY, INC. *d/b/a Knox Oil Field Supply*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| HARVEY HALE and CP&S, INC. *d/b/a Cowboy Pump & Supply*, | ) ) ) ) |
| Defendants. | ) Civil Action No. 6:23-CV-036-C |

## ORDER

The Court notes that the Parties have filed a Joint Stipulation of Dismissal on October 21, 2024. As such, all claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each of the Parties to bear their own fees and costs.

SO ORDERED this 22nd day of October, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE